NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA DAVIS-BIALUSKI, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-01564-FWS-ADS<br><br>*Assigned to: Hon. Fred W. Slaughter*<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION [11]** |

///

///

///

Having reviewed and considered the Stipulation to Remand Removed Action [11] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

The above-captioned case is **REMANDED** to Superior Court of the State of California in and for the County of Orange, as Case Number 30-2024-01399452-CU-PO-CJC.

Dated: August 29, 2024

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE